# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 12-18E |
| | ) | |
| JOSEPH LEE OLLIE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PRE-TRIAL ORDER

AND NOW, this 26th day of March, 2013, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Jury trial in this matter is hereby set for Tuesday, May 7, 2013 in Courtroom A, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

2. A pre-trial conference shall be held at 9:00 A.M in Room A-240, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania. Jury selection and trial shall begin immediately following the conclusion of the pretrial conference.

3. Counsel will be provided forthwith by mail the Court's standard voir dire questions and preliminary charge. Counsel are permitted to submit additional proposed voir dire questions and any proposed points for charge no later than April 29, 2013. Proposed voir dire questions and proposed points for charge shall be filed electronically with the Court.

4. Any motion in limine shall be filed no later than April 22, 2013. Reponses to motions in limine shall be filed no later than April 29, 2013.

5. Copies of exhibits are to be provided for the Court and court reporter in binders. Counsel shall plan to submit two copies of the exhibit binder to the Court and one copy of the exhibit binder to the court reporter no later than the date set for jury selection.

S/Maurice B. Cohill, Jr.  
Maurice B. Cohill, Jr.  
Senior District Court Judge